IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **AALFS FAMILY PARTERNSHIP and WILLIAM E. RODAWIG FAMILY TRUST,** *Garnishors*, <br><br>v.<br><br>**BANK OF AMERICA, N.A.,** *Garnishee*,<br><br>**GSL HOLDINGS, S.A. DE C.V., CMT DE LA LAGUNA, S.A. DE C.V., CAPACIDADE DE MEXICO, S.A. DE C.V., INMOBILIARIA Y BIENES RAICES DE LA LAGUNA, S.A. DE C.V., ROPA SIETE LEGUAS JEANS, S.A. DE C.V., INDUSTRIAL TEXTIL DE PUEBLA, S.A. DE C.V., TAVEMEX, S.A. DE C.V., TAVEX INMOBILIARIA, S.A. DE C.V., TAVEX USA, INC., and ROPA SIETE LEGUAS, INC.,** *Judgment-Debtors*. | **CIVIL ACTION NO. 3:23-cv-00169**<br><br>**(Related Case No. 3:23-mc-00164 and Related Case No. 3:23-mc-00165)** |

## APPLICATION FOR WRIT OF GARNISHMENT

AALFS Family Partnership ("AFP") and William E. Rodawig Family Trust ("WRFT") (collectively, the "Garnishors") file this Application for Writ of Garnishment (the "Application") brought in aid of judgment[1] as follows:

### I.
### SUMMARY OF ACTION

1. This is a garnishment action to enforce two judgments entered by the Northern District of Iowa against GSL Holdings, S.A. de C.V., CMT de la Laguna, S.A. de C.V., Capacidade

---

[1] Pursuant to Federal Rule of Civil Procedure 69, proceedings in aid of judgment or execution "must accord with the procedure of the state where the court is located, but a federal statute governs to the extent it applies." The Garnishors accordingly cite to relevant Texas rules and statutes *infra*.

de Mexico, S.A. de C.V., Inmobiliaria y Bienes Raices de la Laguna, S.A. de C.V., Ropa Siete Leguas Jeans, S.A. de C.V., Industrial Textil de Puebla, S.A. de C.V., Tavemex, S.A. de C.V., Tavex Inmobiliaria, S.A. de C.V., Tavex USA, Inc., and Ropa Siete Leguas, Inc. (collectively, "Judgment-Debtors") in Civil Action No. 21-cv-4038. Judgment-Debtors are known to have assets in the possession of Garnishee Bank of America, N.A. ("Bank of America").

2.  This Application is supported by the Affidavit of Erin R. Robak, counsel for the Garnishors, which is attached hereto as Exhibit A.

## II.
## PARTIES

3.  AFP is a partnership organized under the laws of the State of Washington.

4.  WRFT is a trust organized under the laws of the State of Iowa.

5.  Bank of America is a national banking association organized under the laws of the State of Delaware with its principal place of business located at 100 North Tyron Street, Charlotte, North Carolina 28255. Bank of America may be served in Texas through its registered agent, CT Corporation System, located at 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

## III.
## JURISDICTION AND VENUE

6.  This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1963 because this action is brought to enforce a federal judgment rendered in another district.

7.  Venue in this Court is proper under 28 U.S.C. § 1391(b)(2) because a substantial part of the property that is the subject of this garnishment action is held by Bank of America in the Western District of Texas.

## IV.
## ISSUANCE OF WRIT OF GARNISHMENT

8. On April 11, 2022, in the cause styled *Aalfs Family Partnership, Rodawig Family Ltd. Partnership, William Eric Rodawig Trust, et al. v. GSL Holdings, S.A. de C.V., CMT de la Laguna, S.A. de C.V., Capacidade de Mexico, S.A. de C.V., Inmobiliaria y Bienes Raices de la Laguna, S.A. de C.V., Ropa Siete Leguas Jeans, S.A. de C.V., Industrial Textil de Puebla, S.A. de C.V., Tavemex, S.A. de C.V., Tavex Inmobiliaria, S.A. de C.V., Tavex USA, Inc., and Ropa Siete Leguas, Inc.*, in Civil Action No. 21-cv-4038. The U.S. District Court for the Northern District of Iowa rendered the following damages judgment:

  a. $2,232,422.76 to AFS, comprising the principal amount of $1,752,293.00 as well as accrued and unpaid interest of $480,129.76;

  b. $2,226,529.32 to WRFT, comprising the principal amount of $1,747,707.00 as well as accrued and unpaid interest of $478,872.32;

  c. Post-award interest to AFS at the rate of $389.40 per diem until payment is made in full;

  d. Post-award interest to WRFT at the rate of $388.38 per diem until payment is made in full;

  e. $1,223,028.57 to all petitioners as recovery for their fees and costs incurred in arbitration; and

  f. $120,000.00 to all petitioners as recovery for their fees and expenses paid to the arbitration tribunal.

Attached hereto as Exhibit B is the Clerk's Certification of Judgment to be Registered in Another District and the relevant order by the U.S. District Court for the Northern District of Iowa, Civil Action No. 21-CV-4038.

9. On June 23, 2022, in the same cause, a judgment for fees and costs was rendered in favor of AFP and WRFT against Judgment-Debtors relate to the appeal of the damages judgment in the amount of $95,186.34, comprising $94,152.50 in attorney's fees and $1,033.84 in costs.

Attached hereto as Exhibit C is the Clerk's Certification of Judgment to be Registered in Another District and the relevant order by the U.S. District Court for the Northern District of Iowa, Civil Action No. 21-CV-4038.

10. Federal Rule of Civil Procedure 62(a) provides for an automatic stay of execution on a judgment until fourteen (14) days have passed from the date of entry of the judgment. More than fourteen (14) days have passed since the date of entry of the Judgments on April 11, 2022, and June 23, 2022, and execution on these Judgments against Judgment-Debtors is now ripe.

11. These Judgments are valid and subsisting, and they are wholly unsatisfied. *See* the Affidavit attached as Exhibit A. The referenced judgments have been registered in the U.S. District Court for the Western District of Texas, El Paso Division, under case numbers: 3:23- mc-00164-UA and 3:23-mc-00165-UA, respectively.

12. Within AFP's and WRFT's knowledge, Judgment-Debtors do not possess property in the State of Texas subject to execution sufficient to satisfy these Judgments. *id.*

13. This garnishment action is not sought to injure or harass Judgment-Debtors or the Garnishee.

14. AFP and WRFT have reason to believe, and do believe, that Bank of America holds funds and/or assets belonging to Judgment-Debtors. This belief is based on information provided by Miller International, Inc. in response to a third-party document subpoena issued in Civil Action No. 21-cv-4038.

15. Pursuant to Federal Rule of Civil Procedure 64, the remedies of the State of Texas are available of the seizure of property for the purpose of securing satisfaction of these Judgments. The applicable statutes and rules for issuance of a writ of garnishment under Texas law are set forth in Texas Rule of Civil Procedure 658 and Texas Civil Practice & Remedies Code Chapter 63.

16. AFP and WRFT are entitled to the issuance of a writ of garnishment on the grounds stated above and in the attached affidavit.

## V.
## CONCLUSION

Based on the foregoing, AFP and WRFT respectfully request that a writ of garnishment issue against Bank of America and that AFP and WRFT be granted judgment against Bank of America to satisfy the Judgments against Judgment-Debtors, as provided by law, together with such other and further relief to which AFP and WRFT may be justly entitled.

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By: */s/ James L. Sowder*
    James L. Sowder
    State Bar No. 18863900
    jsowder@thompsoncoe.com

Plaza of the Americas
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201-2832
Telephone: (214) 871-8200
Facsimile: (214) 871-8209

**ATTORNEY FOR PLAINTIFFS AALFS FAMILY PARNTERSHIP AND WILLIAM E. RODAWIG FAMILY TRUST**