IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| AALFS FAMILY PARTNERSHIP et al., § § § Garnishors, § § v. § BANK OF AMERICA, N.A., § § Garnishee, § § and § § GSL HOLDINGS, S.A. DE C.V. et al., § § Judgment-Debtors. § | CAUSE NO. EP-23-CV-169-KC |

## ORDER

On this day, the Court considered Garnishors' Motion to Dismiss the Garnishment and All Claims Without Prejudice ("Motion"), ECF No. 12, filed on July 31, 2023. None of the Judgment-Debtors have appeared in this matter, and Garnishee neither opposes nor joins Garnishors' Motion. Mot. ¶ 5. After due consideration, the Motion is **GRANTED**. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure and the terms of the Motion, the Court **ORDERS** that the Writ of Garnishment is **VACATED** and all of Garnishors' claims in this case are **DISMISSED** without prejudice.

The Clerk shall close the case.

**SO ORDERED**.

SIGNED this 1st day of August, 2023.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE